IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD ERIC SMITH, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-17-1120 |
| NANCY A BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § § § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

The court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation on Attorney's Fees (Docket Entry No. 17), to which no objections have been filed. The court finds that the Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that Plaintiff's motion for attorney's fees is **GRANTED** in the amount of $5,951.35. Payment of fees should be made payable to Plaintiff, Ronald Eric Smith, and his attorney, William Herren, and mailed to his attorney, William Herren, 6363 Woodway, Suite 825, Houston, Texas, 77057.

**SIGNED** in Houston, Texas, this  14th  day of December, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE